UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLINE L. CONNOR, M.D.,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. 19-cv-06552-YGR (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 31

The parties have a dispute about the application of the attorney-client privilege. ECF No. 31. Federal Rule of Civil Procedure 26(b)(5)(A) states:

> When a party withholds information otherwise discoverable by claiming that the information is privileged or subject to protection as trial-preparation material, the party must:
>
> (i) expressly make the claim; and
>
> (ii) describe the nature of the documents, communications, or tangible things not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim.

With respect to the documents at issue in this dispute, Unum's privilege log fails the requirements in subsection (ii). It does not identify the type of communications the documents were, the authors or recipients, their employers or affiliation, whether they were attorneys, or the dates of the communications. Without this information, it is impossible to evaluate Unum's claim of privilege. The Court orders Unum to fix these entries on its privilege log and file an amended log by May 15, 2020.

**IT IS SO ORDERED.**

Dated: May 12, 2020

                                            THOMAS S. HIXSON
                                            United States Magistrate Judge