UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE L. CONNOR, M.D., <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 19-cv-06552-YGR (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. Nos. 31, 41 |

In light of Unum's response to the order to show cause, ECF No. 42, the OSC is discharged. This order terminates the joint discovery letter brief at ECF No. 31, which is now fully resolved.

**IT IS SO ORDERED.**

Dated: June 3, 2020

THOMAS S. HIXSON
United States Magistrate Judge