1 | MICHAEL B. HORROW (SBN 162917)
  | SCOTT E. CALVERT (SBN 210787)
2 | DONAHUE & HORROW, LLP
  | 1960 E. Grand Ave., Suite 1215
3 | El Segundo, California 90245
  | Telephone: (310) 322-0300
4 | Facsimile: (310) 322-0302
  | Email: mhorrow@donahuehorrow.com
5 | Email: scalvert@donahuehorrow.com

6 | Attorneys for Plaintiff
  | CAROLINE L. CONNOR, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLINE L. CONNOR, M.D., an individual, | Case No.: 4:19-cv-06552-YGR |
|---|---|
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and HUMBOLDT MEDICAL SPECIALISTS, INC. EMPLOYEE BENEFIT PLAN | |
| Defendants. | |

DONAHUE & HORROW, LLP

– 1 –
[PROPOSED] JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Judgment is entered in favor of Plaintiff Caroline Connor, M.D. ("Dr. Connor") and against Defendant Unum Life Insurance Company of America ("Unum") in accordance with the Court's Order Granting Motion for Judgment (Docket No. 56).

This matter came before the Court on bench trial on October 27, 2020. Upon reviewing the parties' trial briefs, the administrative record and on oral argument of the parties, the Court determined that Dr. Connor qualifies as an eligible employee for disability benefits. Accordingly, the Court Orders that Unum pay Dr. Connor long-term disability benefits owed under the Plan from December 28, 2018 to the date of this Judgment, with pre-judgment interest at 5% per annum. In addition, Unum shall pay post-judgment interest at 5% per annum on any back benefits which remain unpaid as of the date of this Judgment. The Court further Orders that Unum shall continue to pay Dr. Connor long-term disability benefits until such time that Dr. Connor is no longer disabled or meets the Maximum Period of Payment, as defined in the Policy.

As Plaintiff has achieved success on the merits in this litigation, she may apply to the Court for an award of attorneys' fees and recovery of costs of action.

**IT IS SO ORDERED.**

DATED: December 8, 2020

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE